IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WIX FILTRATION CORPORATION and CHAMPION LABORATORIES, INC., <br><br> Defendants. | CASE NO. 1:07-cv-01374-SO <br> *(Consolidated with 1:07-CV-01375)* <br><br> Judge Solomon Oliver Jr. |

**PLAINTIFFS' MOTION FOR AN ACCOUNTING, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST**

For the reasons provided in the concurrently-filed Plaintiffs' Memorandum in Support of its Motion for an Accounting, Supplemental Damages, and Prejudgment Interest, Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC (collectively "Parker") move the Court to order Champion to account for the sales of its infringing filters sold after October 31, 2009, enhanced pursuant to the Court's ruling on Parker's motion for enhanced damages. Parker also moves the Court to order Champion to calculate prejudgment interest on (a) the jury's damages award of $6,535,606; (b) all sales of infringing filters sold after October 31, 2009; and (c) Parker's attorney fees, pursuant to the Court's ruling on Parker's motion for attorney fees. A proposed order is attached.

Dated: January 14, 2010

/s/ *Francis DiGiovanni*
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
Keith A Walter, Jr. (Pro Hac Vice)
kwalter@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com

Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 658-5614

Harry D. Cornett, Jr.
hcornett@tuckerellis.com
Benjamin C. Sasse
bsasse@tuckerellis.com
Tucker, Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115
Tel.: (216) 592-5000
Fax: (216) 592-5009

*Attorneys for Plaintiffs*
*Parker-Hannifin Corporation and*
*Parker Intangibles LLC*

742758

## CERTIFICATE OF SERVICE

I, M. Curt Lambert, hereby certify that on January 14, 2010, a true copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF, and was served upon the following counsel of record in the manner listed:

**VIA EMAIL:**

Seymour Rothstein (Pro Hac Vice)
Joseph M. Kuo (Pro Hac Vice)
Dennis H. Ma (Pro Hac Vice)
Alissa A. Digman (Pro Hac Vice)
Olson & Cepuritis, Ltd.
20 North Wacker Drive, 36th Floor
Chicago, IL  60606-3181
Tel. (312) 580-1180
Fax. (312) 580-1189
srothstein@olsonip.com
jkuo@olsonip.com
dma@olsonip.com
adigman@olsonip.com

Brian W. Lewis (Pro Hac Vice)
Paul T. Olszowka (Pro Hac Vice)
Robert L. Wagner (Pro Hac Vice)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL  60606
Tel. (312) 201-2000
Fax. (312) 416-4805
Lewis@wildman.com
olszowka@wildman.com
wagner@wildman.com

Michael J. Schaengold (Pro Hac Vice)
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037
Tel. (202) 457-6523
Fax. (202) 457-6315
mschaengold@pattonboggs.com

**VIA EMAIL AND HAND DELIVERY:**

Gary A. Corroto
Edmond J. Mack
Megan J. Frantz
Tzangas, Plakas & Mannos
220 Market Avenue, S - 8th Floor
Canton, OH 44702
Tel. (330) 455-6112
Fax. (330) 455-2108
gcorroto@lawlion.com
emack@lawlion.com
mfrantz@lawlion.com

/s/ M. Curt Lambert
M. Curt Lambert (Pro Hac Vice)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 658-5614
mlambert@cblh.com
*Attorney for Plaintiffs*
*Parker-Hannifin Corporation and*
*Parker Intangibles LLC*